NO. 07-05-0071-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 13, 2005

_____

OMNI AG CORPORATION,

                                              Appellant

v.

ADVANCED PAVEMENT MAINTENANCE, LTD.,
f/k/a ADVANCED PAVEMENT MAINTENANCE, INC.,

                                              Appellee

_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 90,150-D; HON. DON EMERSON, PRESIDING

_____

***ON MOTION TO DISMISS***

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Omni Ag Corporation, appellant, and Advanced Pavement Maintenance, Ltd. f/k/a
Advanced Pavement Maintenance, Inc., appellee, by and through their attorneys, have filed
a motion to dismiss this appeal because the parties have fully compromised and settled all
issues in dispute and neither desire to pursue the appeal.  Without passing on the merits

of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Brian Quinn
Chief Justice